IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN THE MATTER OF:**<br>    TenX Biopharma, Inc. | : CIVIL ACTION NO. 12-2431<br>:<br>: BANKRUPTCY NO. 10-18968<br>: |

**O R D E R**

**AND NOW,** this 20th day of August, 2012, upon consideration of the Opening Brief of Appellant TenX Biopharma, Inc. (Document No. 8, filed May 21, 2012) and Appellee Chia Chia Sun's Pro Se Response Brief (Document No. 19, filed June 28, 2012), for the reasons set forth in the Memorandum dated August 20, 2012, **IT IS ORDERED** that the Judgment of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated March 23, 2012, allowing, in part, the severance claim of Chia Chia Sun, is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED.**


BY THE COURT:


　　　　　/s/ Hon. Jan E. DuBois　　　
　　　　　　　JAN E. DUBOIS, J.