IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN THE MATTER OF:** | : CIVIL ACTION NO. 12-2431 |
| TenX Biopharma, Inc. | : BANKRUPTCY NO. 10-18968 |

**O R D E R**

**AND NOW,** this 20th day of August, 2012, upon consideration of the Opening Brief of Appellant TenX Biopharma, Inc. (Document No. 8, filed May 21, 2012) and Appellee Chia Chia Sun's <u>Pro Se</u> Response Brief (Document No. 19, filed June 28, 2012), for the reasons set forth in the Memorandum dated August 20, 2012, **IT IS ORDERED** that the Judgment of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated March 23, 2012, allowing, in part, the severance claim of Chia Chia Sun, is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED.**

                                                                        **BY THE COURT:**

                                                                        /s/ Hon. Jan E. DuBois
                                                                        **JAN E. DUBOIS, J.**